FILED
2022 JUN -3 PM 12: 45
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

XHEM HOTI   72855-056
Name and Prisoner/Booking Number

Coleman II
Place of Confinement

P.O. Box 1034
Mailing Address

Coleman  FL  33521
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

## IN THE UNITED STATES DISTRICT COURT

XHEM Hoti
(Full Name of Plaintiff)  Plaintiff,

vs.

CASE NO. 5:22-cv-260-JLB-PRL
(To be supplied by the Clerk)

(1) DOJ Bureau of Prisons
(Full Name of Defendant)

(2) Warden Brown

(3)

(4)
      Defendant(s).
☐ Check if there are additional Defendants and attach page 1-A listing them.

**CIVIL RIGHTS COMPLAINT BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

### A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☒ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☒ Other: 28 USC 1737

2. Institution/city where violation occurred: USP Coleman

Revised 3/9/07

1

550/555

## B. DEFENDANTS

1. Name of first Defendant: _____. The first Defendant is employed as:
   _____ at _____.
   (Position and Title)                    (Institution)

2. Name of second Defendant: __Warden Brown__. The second Defendant is employed as:
   _____ at __Coleman II__.
   (Position and Title)                    (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as:
   _____ at _____.
   (Position and Title)                    (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as:
   _____ at _____.
   (Position and Title)                    (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☒ Yes   ☐ No

2. If yes, how many lawsuits have you filed? ____. Describe the previous lawsuits:

   a. First prior lawsuit: Court Action not Civil Suit
      1. Parties: __United States__ v. __Xhem Hoti__
      2. Court and case number: __15-CR-651-LST__  2021
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __Yes was a Compassionate Release was dismissed__.

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____.

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____.

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

2

### D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: <u>5th Amendment Due Process,</u> <u>6th Amendment, 8th Amendment Assult - Attempted Murder</u>.

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   ☐ Basic necessities ☐ Mail ☐ Access to the court ☒ Medical care
   ☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
   ☐ Excessive force by an officer ☐ Threat to safety ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   I was not Sentenced to death or Torture so why was medical Draining my medical Care, They have no sick call here it is by e-mail and they Pick and chose who and what they feel like treating, If im to be Tortured in this manner to the point of death i have a right to a formal hearing on this cruel and unusual manner in which i have been Treated. If i am to be sentenced to death or Torture, I demand a Trial and Charges. But The Sentence i recieved has neither Torture or death in the record. Should not have taken 2 plus years and extream Abuse to get urgently needed medical care. We can soprana Grivances and Pathology reports from those That have died here in the last 10 years to support these Medical Totizs and refusal to address chronic care issues, This would be the Entire FBC Coleman Complex else Family Contacts would be requested for they are Victums as well of Very Deliberate medical negligence, The Worst in the nation.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   _____

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

## COUNT II

1. State the constitutional or other federal civil right that was violated: <u>6th Amendment</u>
<u>8th Amendment, 5th Amendment - Attempted Murder - Assult</u>.

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   ☐ Basic necessities   ☐ Mail   ☐ Access to the court   ☐ Medical care
   ☐ Disciplinary proceedings   ☐ Property   ☐ Exercise of religion   ☐ Retaliation
   ☐ Excessive force by an officer   ☒ Threat to safety   ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

On Jan, 28, 2019 I arrived at USP Coleman II Quickly I began to have Stomic Issues Hurting in pain every day, I went to Medical Repeatedly and was given One Excuse after another, Mean time im seeing Men die all the time in this prison due to Medical negligence, Medical Policy if your not on the Floor Drink more water and youll be fine Only i find out the water is what is actuly killing inmates here, The State health department found ligionairs Disease and told Prison Staff not to allow us to drink or Bath in the contaminated water in fact they moved The entire Wemons Camp due to Theres Law Suit Then On line Stated they Shut down the Facility This was a Lie They Moved Men in the next day" In fact they Clzam to be care level 3 they are not "dont even have 3 pill lines - So i keep complain and they lock me up, Nurse Pearselle Threw me against the wall Said i was the Boy who Cryed Wolf gave Me 3 Write ups Only to Find out eyes skan yellow stomic Bloted up and Spleen Enlarged - my famiely filed complaints with Congressmen Took them 22 months after a specialest to get me a camera and biopsy and the Doctor Stated the water at the prison was highly Toxic, with feeomatter in it ligionairs and i had" H pyloris" Staff are warned to bring own water and are provided bottle water for their Safty.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
_____
_____
_____

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count II?   ☒ Yes   ☐ No
   c. Did you appeal your request for relief on Count II to the highest level?   ☒ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
   _____.

4

## COUNT III

1. State the constitutional or other federal civil right that was violated: <u>All Constutional Rights</u> <u>Federal health Service Regulations Veterans Rights</u>.

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☒ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☒ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: <u>All The Above</u>

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

    To be Amended awaiting FOIA Documents to Support Claim

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count III?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count III to the highest level?  ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

## E. REQUEST FOR RELIEF

State the relief you are seeking: Seeking 4 million in Damages et al and Injunction to Prohibit Further Such Acts Also Want Marcaldo and Lanuto health administrators fired and all Federal Benifits Taken

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5-29-22
DATE

SIGNATURE OF PLAINTIFF

(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

(Signature of attorney, if any)

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.



F.C.C. COLEMAN
MAIL ROOM
846 N.E. 54TH TERR
COLEMAN, FLORIDA
33521

THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING. THE LETTER HAS BEEN NEITHER OPENED OR INSPECTED. IF THE WRITER RAISES A QUESTION OR A PROBLEM OVER WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN THE MAIL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSED CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESSEE.

05/31/22
DATE          MAILROOM STAFF

PRIORITY MAIL
UNITED STATES POSTAL SERVICE
Flat Rate Mailing Envelope
Visit us at usps.com

